IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-01339-RM-KMT

TWILA HOLMES,

    Plaintiff,

v.

THE SHARPEST RIDES, INC.,

    Defendant.

___

**ORDER REGARDING STIPULATION AND
JOINT MOTION TO DISMISS WITH PREJUDICE (ECF NO. 29)**
___

    THIS MATTER, comes before the Court upon the Stipulation and Joint Motion to Dismiss with Prejudice [Docket No. 29] filed jointly by the parties on May 5, 2014. The Court, having reviewed the Stipulation and being fully advised, hereby ORDERS as follows:

    The Parties' Stipulation and Joint Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE, with each party to pay his/her or its own attorney's fees and costs.

    Dated this 5th day of May, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge